USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANI POWELL,

                Plaintiff,

-against-

34 ENDEAVOR HOSPITALITY, LLC.,

                Defendant.

**ORDER**

24-CV-6620 (JGLC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    The Court is in receipt of Defendant's letter at ECF No. 21. The undersigned's rules with respect to the time period for filing a motion are as follows: "Nothing in my Individual Practices supersedes a specific time period for filing a motion specified by statute or Federal Rule -- including but not limited to Fed. R. Civ. P 50, 52, 54, 59, and 60, and Fed. R. App. P. 4 -- where failure to comply with the specified time period could result in forfeiture of a substantive right." However, the Court directs the parties to meet and confer about a briefing schedule for Plaintiff's opposition to the motion to dismiss and Defendant's reply, and file a letter with the Court submitting a proposed briefing schedule by **Friday, January 24, 2025.**

    Further, the Initial Case Management Conference currently scheduled for **February 20, 2025**, will proceed as scheduled. The Court attaches the Proposed Case Management Plan for Pro Se Cases to this Order.

Dated: New York, New York
      January 17, 2025

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge

*March 2021*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------X
                                                          :
                                                          :    CIVIL ACTION NO.:
                                                          :
                                                          :
                              Plaintiff,                  :
                                                          :
         against                                          :
                                                          :
                                                          :
                                                          :
                                                          :
                                                          :
                              Defendant.                  :
                                                          :
                                                          X
----------------------------------------------------------
```

**PROPOSED CASE MANAGEMENT PLAN FOR PRO SE CASE**

1. **Summary of Claims, Defenses, and Relevant Issues.**

   Plaintiff/Defendant (circle one)
   _____
   _____
   _____
   _____
   _____
   _____

2. **I understand my obligation to and am preserving relevant information.**

Plaintiff/Defendant (circle one)

3. **Proposed Schedule**

All discovery should be completed by _____

   a. <u>Depositions</u>:  Depositions shall be completed by _____

   b. Neither party may take more than _____ depositions. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

    c.    Initial Requests for Documents must be made by _____.

    d.    Responses to Requests for Documents must be made by _____.

    e.    Documents from third-parties (such as doctors) will/will not (circle one) be required. If required, the following are the third-parties from whom Documents will be requested.

_____
_____
_____
_____

    f.    Subpoenas requesting Documents from third-parties must be served by _____. Documents obtained from third-parties must be provided to all parties in this matter.

    g.    There will/will not (circle one) be expert testimony in this case. If expert testimony will be needed, please describe the topic on which the expert(s) is expected to testify

_____
_____
_____

4. **Early Settlement or Resolution**

The parties have/have not (circle one) discussed the possibility of settlement. The parties request a settlement conference by no later than _____. The following information is needed before settlement can be discussed:
_____
_____
_____


5. **Other Matters**

Plaintiff(s)/Defendant(s) (circle one) wish to discuss the following additional matters at the Initial Case Management Conference.
_____
_____
_____
_____

2

Respectfully submitted this _____ day of _____.

_____

Name

_____

Address

_____

Phone number

_____

Email

_____

Party representing (if applicable)